STATE of Missouri, Respondent,

v.

Melissa THOMPSON, Appellant.

No. WD 74260.

Missouri Court of Appeals, Western District.

Feb. 25, 2014.

Shaun Mackelprang, for Respondent.

Donald W. Petty, for Appellant.

Jarrett A. Johnson, Co-counsel for Appellant.

Before Division Four: JAMES E. WELSH, Chief Judge, JOSEPH M. ELLIS, Judge and THOMAS H. NEWTON, Judge.

### *ORDER*

PER CURIAM:

Appellant Melissa Thompson appeals from her conviction of one count of murder in the second degree, § 565.021. Upon review of the briefs and the record, we find no error and affirm the judgment of conviction. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. **Rule 30.25(b).**